IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, }<br>}<br>}<br>}<br>    Plaintiff, }<br>}<br>v. }<br>}<br>BOWEN ELECTRIC CO., INC., et al., }<br>}<br>}<br>    Defendants. } | CIVIL ACTION NO.<br>06-AR-0058-S |

**MEMORANDUM OPINION**

This action was brought by Elaine L. Chao, Secretary of Labor, United States Department of Labor, against defendants, Bowen Electric Company, Inc., Jimmy T. Bowen, and Sandra O. Bowen, pursuant to Sections 502(a)(2) and 502(a)(5), 29 U.S.C. §§ 1132(a)(2) and 1132(a)(5), of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 et seq. Defendants were served in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff moved for summary judgment. Defendants did not respond. Accordingly, the facts asserted by plaintiff are undisputed and will not here be repeated. Because they entitle plaintiff to the relief she seeks, a separate order granting her motion will be entered.

DONE this 28th day of March, 2007.

                                                                        _____
                                                                         WILLIAM M. ACKER, JR.
                                                                         UNITED STATES DISTRICT JUDGE